**PRISONER CASE**





### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. JOSE VIDAURRI | **Defendant(s):** TERRY L. MCCANN |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** Jose Vidaurri R-15606 Stateville - STV P. O. Box 112 Joliet, IL 60434 | **Defendant's Attorney:** Chief of Criminal Appeals Illinois Attorney General's Office 100 West Randolph - 12th Floor Chicago, IL 60601 |

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**08CV3665**
**JUDGE PALLMEYER**
**MAGISTRATE JUDGE DENLOW**

**Origin:**

☑ 1. Original Proceeding    ☐ 5. Transferred From Other District

☐ 2. Removed From State Court    ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court    ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes   ☑ No

**FILED**

JUN 2 6 2008 T.C
Jun 26, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Signature:** A. E. Woodham
Can NOT be Coar

**Date:** 06/26/2008