# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   08 C 3665

United States of America ex rel. Jose Vidaurri v. Terry L. McCann

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry L. McCann

| |
|---|
| NAME (Type or print) <br> Michael R. Blankenheim |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael R. Blankenheim |
| FIRM <br> Office of the Illinois Attorney General |
| STREET ADDRESS <br> 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289072 | TELEPHONE NUMBER <br> (312) 814-8826 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I certify that on July 16, 2008, I electronically filed the foregoing **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document via the United States Postal Service to the following non-CM/ECF user:

      Jose Vidaurri, R15606
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

<u>s/ Michael R. Blankenheim</u>
MICHAEL R. BLANKENHEIM, Bar # 6289072
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-8826
FAX: (312) 814-2253
EMAIL: mblankenheim@atg.state.il.us