IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOSE VIDAURRI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 3665 |
| TERRY L. McCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Rebecca R. Pallmeyer, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Respondent TERRY MCCANN respectfully moves this Court for a 30-day extension of time, from July 30, 2008 to and including August 29, 2008, in which to answer or otherwise plead to the instant petition for writ of habeas corpus. In support, respondents states as follows:

1. This case concerns a petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by Jose Vidaurri, an inmate of the Illinois Department of Corrections serving a 45-year term of imprisonment for his 2002 Cook County convictions of murder and attempted murder.

2. On July 9, 2008, this Court ordered respondent to answer or otherwise plead to the instant petition. Respondent's answer or other responsive pleading is due to be filed on or before July 30, 2008.

3. Despite due diligence, undersigned counsel will be unable to file an answer or other responsive pleading by July 30, 2008.

4. Upon being assigned to this case, undersigned counsel immediately began the process of ordering the record of petitioner's state court proceedings. However, the undersigned has not yet received all of the materials necessary to prepare an informed response to the petition.

5. In addition to this case, the undersigned has been attending to the following assignments and responsibilities:

- preparation of a response to petitioner's motion for reconsideration, *U.S.A. ex rel. O'Farrell v. Mathy*, No. 08 C 2403, United States District Court for the Northern District of Illinois (due Jul. 25, 2008);

- preparation of a motion to dismiss petition for writ of habeas corpus, *Lipscomb v. Phillips*, No. 08-2121, United States District Court for the Central District of Illinois (due Aug. 4, 2008); and

- preparation of the appellant's brief, *People v. Davison*, No. 106219, Illinois Supreme Court (due Aug. 7, 2008).

6. This motion is not for purposes of delay, but is made in good faith to ensure that respondent's interests are adequately protected.

7. This is respondent's first request for an extension of time to answer or otherwise plead.

WHEREFORE, respondent respectfully requests that this Court grant him a 30-day extension of time, to and including August 29, 2008, in which to answer or otherwise plead to the instant petition for writ of habeas corpus.

July 16, 2008                              Respectfully submitted,

                                                                                             LISA MADIGAN  
Attorney General of Illinois

By:     s/ Michael R. Blankenheim  
        MICHAEL R. BLANKENHEIM, Bar # 6289072  
        Assistant Attorney General  
        100 West Randolph Street, 12th Floor  
        Chicago, Illinois 60601  
        TELEPHONE: (312) 814-8826  
        FAX: (312) 814-2253  
        EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

      I certify that on July 16, 2008, I electronically filed respondent's **Motion For Extension Of Time In Which To Answer Or Otherwise Plead** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document via the United States Postal Service to the following non-CM/ECF user:

      Jose Vidaurri, R15606
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

      s/ Michael R. Blankenheim
      MICHAEL R. BLANKENHEIM, Bar # 6289072
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      TELEPHONE: (312) 814-8826
      FAX: (312) 814-2253
      EMAIL: mblankenheim@atg.state.il.us