IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JOSE VIDAURRI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 3665 |
| TERRY L. McCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Rebecca R. Pallmeyer, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

To:   Jose Vidaurri, R15606
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

**Please Take Notice** that on July 28, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Rebecca R. Pallmeyer, or any another judge sitting in her stead, in Courtroom 2119 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion For Extension Of Time In Which To Answer Or Otherwise Plead**.

July 16, 2008                              Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                              By:    s/ Michael R. Blankenheim
                                        MICHAEL R. BLANKENHEIM, Bar # 6289072
                                        Assistant Attorney General
                                        100 West Randolph Street, 12th Floor
                                        Chicago, Illinois 60601
                                        TELEPHONE: (312) 814-8826
                                        FAX: (312) 814-2253
                                        EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I certify that on July 16, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document via the United States Postal Service to the following non-CM/ECF user:

      Jose Vidaurri, R15606
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

      <u>s/ Michael R. Blankenheim</u>
      MICHAEL R. BLANKENHEIM, Bar # 6289072
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      TELEPHONE: (312) 814-8826
      FAX: (312) 814-2253
      EMAIL: mblankenheim@atg.state.il.us