# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3665 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA ex rel. Jose Vidaurri vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Respondent's motion for a 30-day extension of time in which to answer or otherwise plead [8] granted to and including 8/29/08.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|