IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>JOSE VIDAURRI, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 3665 |
| TERRY L. McCANN,<br>Warden, Stateville Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Rebecca R. Pallmeyer, |
| Respondent. | ) | Judge Presiding. |

### NOTICE OF MOTION

To:   Jose Vidaurri, R15606
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

**Please Take Notice** that on September 3, 2008, at 8:45 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Rebecca R. Pallmeyer, or any another judge sitting in her stead, in Courtroom 2119 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached **Motion To Dismiss Petition For Writ Of Habeas Corpus As Time-Barred**.

August 26, 2008                              Respectfully submitted,

                                                           LISA MADIGAN
                                                           Attorney General of Illinois

                                   By:    s/ Michael R. Blankenheim
                                                   MICHAEL R. BLANKENHEIM, Bar # 6289072
                                                   Assistant Attorney General
                                                   100 West Randolph Street, 12th Floor
                                                   Chicago, Illinois 60601-3218
                                                   TELEPHONE: (312) 814-8826
                                                   FAX: (312) 814-2253
                                                   EMAIL: mblankenheim@atg.state.il.us

**CERTIFICATE OF SERVICE**

  I certify that on August 26, 2008, I electronically filed the foregoing **Notice Of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document via the United States Postal Service to the following non-CM/ECF user:

   Jose Vidaurri, R15606
   Stateville Correctional Center
   Route 53
   P.O. Box 112
   Joliet, Illinois 60434

          <u>s/ Michael R. Blankenheim</u>
          MICHAEL R. BLANKENHEIM, Bar # 6289072
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-8826
          FAX: (312) 814-2253
          EMAIL: mblankenheim@atg.state.il.us