# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3665 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA ex rel. Jose Vidaurri vs. Terry L. McCann | | |

**DOCKET ENTRY TEXT**

Respondent's motion to dismiss petition for writ of habeas corpus as time-barred entered and continued for briefing. Response to be filed by or on 9/23/2008. Reply, if any, 10/6/2008. Presentation date of 9/3/2008 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|